# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-66629-LRC |
| | ) | |
| NENETTE PAULA DAVENPORT | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## AMENDED MOTION TO IMPOSE AUTOMATIC STAY

COME NOW Debtor, NENETTE PAULA DAVENPORT, and asks this Court pursuant to 11 U.S.C. Section 105 to impose the automatic stay of 11 U.S.C. Section 362(a) in this Chapter 13 Bankruptcy Case against all Creditors and show the Court the following:

1.

On October 2, 2018, Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code.

2.

Debtor has filed a previous Chapter 13 bankruptcy case, bringing it within 11 U.S.C. Section 362(c)(3). Case No. 18-55647 was filed on April 2, 2018 (the "First Case") and dismissed on August 24, 2018.

3.

Debtor's First Case was dismissed because of a miscommunication between her and her previous attorney. The Debtors trustee payment increased but Debtor was unaware of the exact amount she was required to pay. Due to miscommunication, Debtor was unaware of what exactly was needed from her for her case to be confirmed.

4.

Debtor filed the instant case to prevent repossession of her vehicle, to pay off her mortgage arrears, HOA arrears, and to resolve her other unsecured debts. Debtor is able to propose a feasible Chapter 13 Plan payment that will allow the Debtor to pay both her Chapter 13 Plan payments and ongoing monthly living expenses. Do to no fault of the Debtor, the Motion to Extend Stay was not filed in a timely fashion in this case. Imposing the automatic stay will help Debtor prevent a repossession of her vehicles and allow him to address his other debts as well.

5.

Debtor has filed the instant case in good faith. Debtor asks the Court to find that the presumption that the instant case was not filed in good faith has been rebutted by clear and convincing evidence, as outlined above, and impose the automatic stay. Debtor asks the Court to allow her the opportunity to be successful in her current Chapter 13 case.

WHEREFORE, Debtor prays that this motion be granted and pursuant to 11 U.S.C. Section 105 that the automatic stay of 11 U.S.C. Section 362(a) be imposed against all creditors.

Dated this 18th day of October 2018.

Respectfully Submitted,
___/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, PC
Attorney for Debtor
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-66629-LRC |
| | ) | |
| NENETTE PAULA DAVENPORT | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that NENETTE PAULA DAVENPORT has filed a Motion to Impose Automatic Stay and related papers with the Court seeking an Order on the Motion to Impose Automatic Stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Impose Automatic Stay in Courtroom 1204, U.S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA 30303 at 01:45 P.M. on November 6, 2018.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: October 18, 2018

                                                                                                  _____/s/_____
                                                                                                 Howard Slomka, Esq.
                                                                                                 Georgia Bar # 652875
                                                                                                 Slipakoff & Slomka, PC
                                                                                                 Attorney for Debtor
                                                                                                 2859 Paces Ferry Rd, SE
                                                                                                 Suite 1700
                                                                                                 Atlanta, GA 30339

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-66629-LRC |
| | ) | |
| NENETTE PAULA DAVENPORT | ) | CHAPTER 13 |
| | ) | |
| Debtor. | | |

**CERTIFICATE OF SERVICE**

    I, Howard Slomka, attorney for Debtor, certify that the below listed parties and the attached service list have been served with a true and correct copy of the attached pleadings by placing a copy of same in a properly addressed envelope with adequate postage thereon and deposited in the United States Mail.

Melissa J. Davey (served via ECF)
Chapter 13 Trustee
Suite 200
260 Peachtree Street NW
Atlanta, GA 30303

Nenette Paula Davenport
2261 Capella Circle SW
Atlanta, GA 30331

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
BANKRUPTCY SECTION
1800 CENTURY BLVD. NE, SUITE 9100
ATLANTA, GEORGIA 30345-3205
Attn: D Kolberg

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011
Attn: Ed Gezel

Quantum3 Group LLC as agent for JHPDE Finance 1 LLC
PO Box 788
Kirkland, WA 98083-0788
Attn: Kayla Klabunde

Quantum3 Group LLC as agent for MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Attn: Joshua Waugh

IRS
P.O. Box 7346
Philadelphia PA 19101-7346
Attn: Stephanie Sheats

Nelnet on behalf of COAC
College Assist
PO Box 16358
St. Paul, MN 55116
Attn: Yvonne Marie Perez

SCANA Energy Marketing, Inc. dba SCANA Energy
220 Operation Way, MC C222
Cayce, SC 29033
Attn: Patricia Lawson

Department Stores National Bank
Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57117
Attn: Victoria Flores

Quicken Loans Inc.
635 Woodward Ave.
Detroit, MI 48226
Attn: Elizabeth Childers

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541
Attn: George S Grammar

Midland Funding LLC
PO Box 2011
Warren, MI 48090
Attn: Amy Marzoug

Delta Community Credit Union
P. O. Box 20541
Atlanta, GA 30320-2541
Attn: Lynne Yates

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2238
Attn: Quincina Wooten


SEE ATTACHED FOR ADDITIONAL CREDITORS


Dated: October 18, 2018

                                             ____/s/_____
                                         Howard Slomka, Esq.
                                         Georgia Bar # 652875
                                         Slipakoff & Slomka, PC
                                         Attorney for Debtor
                                         2859 Paces Ferry Rd, SE
                                         Suite 1700
                                         Atlanta, GA 30339

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-66629-lrc<br>Northern District of Georgia<br>Atlanta<br>Mon Oct 15 13:43:37 EDT 2018 | Alliance Spine and Pain Center<br>3390 Peachtree Road NE<br>Suite 1500<br>Atlanta, GA 30326-2822 | Allied Interstate Llc<br>7525 W Campus Rd<br>New Albany, OH 43054-1121 |
| Anatole Home Owners Associatio<br>1585 Old Norcross Road<br>Suite 101<br>Lawrenceville, GA 30046-4043 | Applied Bank<br>Po Box 17125<br>Wilmington, DE 19850-7125 | Applied Bnk<br>Po Box 17125<br>Wilmington, DE 19850-7125 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | CBA of Georgia<br>64 Sailors Drive<br>Suite 102<br>Ellijay, GA 30540-3744 | Cap1/DBarn<br>PO BOX 30258<br>Salt Lake City, UT 84130-0258 |
| Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | City of Atlanta Watershed<br>55 Trinity Avenue<br>Suite 5400<br>Atlanta, GA 30303-3544 | Collection Bureau Of A<br>25954 Eden Landing Rd<br>Hayward, CA 94545-3837 |
| Credit Management, LP<br>PO Box 118288<br>Carrollton, TX 75011-8288 | Nenette Paula Davenport<br>2261 Capella Circle Sw<br>Atlanta, GA 30331-3864 | Melissa J. Davey<br>Melissa J. Davey, Standing Ch 13 Trustee<br>Suite 200<br>260 Peachtree Street, NW<br>Atlanta, GA 30303-1236 |
| Delta Community Credit<br>1025 Virginia Ave<br>Atlanta, GA 30354-1319 | Dsnb Macys<br>Po Box 8218<br>Mason, OH 45040-8218 | ExpressJet Airlines<br>444 SOuth River Road<br>Saint George, UT 84790-2085 |
| Familyfirstcu Fka Ftcu<br>3604 Atlanta Ave<br>Hapeville, GA 30354-1958 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Georgia Audit & Collection Ser<br>1395 South Marietta Parkway<br>Bldg 500 Suite 212<br>Marietta, GA 30067-4440 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Jh Portfolio Debt Equi<br>5757 Phantom Dr Ste 225<br>Hazelwood, MO 63042-2429 | Taylor S. Mansell<br>Shapiro Pendergast & Hasty, LLP<br>Suite 300<br>211 Perimeter Center Parkway,  NE<br>Atlanta, GA 30346-1305 | Mercedes Benz Financia<br>36455 Corporate Dr<br>Farmington Hills, MI 48331-3552 |
| Mercedes-Benz Financial Services USA LLC<br>c/o Bk Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Midland Credit Management<br>PO Box 60578<br>Los Angeles, CA 90060-0578 | Nelnet Loans<br>3015 S Parker Rd<br>Aurora, CO 80014-2904 |

| | | |
|---|---|---|
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Peachtree Neurological Clinic<br>550 Peachtree Street NE<br>Suite 1200<br>Atlanta, GA 30308-2237 | Portfolio Recov Assoc<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502-4952 |
| Primary Residential Mo<br>P.o. Box 593<br>Salt Lake City, UT 84110-0593 | Quantum3 Group LLC as agent for JHPDE Financ<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for MOMA Funding<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quicken Loans<br>1050 Woodward Ave<br>Detroit, MI 48226-1906 | Scana Energy Marketing<br>3344 Peachtree Rd Ne Ste<br>Atlanta, GA 30326-4808 | Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 |
| Syncb/care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/toysrus<br>Po Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony/JC Penney<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Td Bank Usa/targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk Of Amer<br>Po Box 982238<br>El Paso, TX 79998 | GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>1800 CENTURY BLVD. NE, SUITE 9100<br>ATLANTA, GEORGIA 30345-3205 | (d)Georgia Department of Revenue<br>1800 Century Blvd<br>Suite 17200<br>Atlanta, GA 30345 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | (u)Quicken Loans Inc. | End of Label Matrix<br>Mailable recipients    45<br>Bypassed recipients     2<br>Total                  47 |