```
                  IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE NORTHERN DISTRICT OF GEORGIA
                             ATLANTA DIVISION

 IN RE:                              )    BANKRUPTCY CASE
                                     )    NO. 18-66629-LRC
 NENETTE PAULA DAVENPORT,            )    JUDGE LISA RITCHEY CRAIG
                                     )    CHAPTER 13
      Debtor.                        )
                                     )
                                     )
                                     )
```

**OBJECTION TO CONFIRMATION**

COMES NOW MERCEDES-BENZ FINANCIAL SERVICES USA LLC (hereinafter referred to as "MERCEDES-BENZ"), a creditor of the above-named Debtor and files this its "Objection to Confirmation", of the Debtors' Plan of Reorganization, showing to this Court as follows:

1.

MERCEDES-BENZ is a secured creditor of the Debtor, holding a duly perfected security interest in a certain 2013 Mercedes-Benz GLK350W2, Vehicle Identification No. WDCGG5HB1DG037885.

2.

The debt owed to MERCEDES-BENZ is $20,063.14 (net balance).

3.

In accordance with 11 U.S.C. § 1325, a vehicle purchased within 910 days preceding the date of the filing of the petition, and the collateral for that debt consists of a motor vehicle acquired for the personal use of the Debtor and the Creditor has a purchase money security interest securing the debt that is the subject of the claim, said claim shall not be valued under 11 U.S.C. 506.  In the present case, the vehicle was purchased on 5/14/2016, is a purchase money security interest, and is used for

the Debtor's personal use. Therefore, MERCEDES-BENZ shows its claim shall be allowed and treated as fully secured in the amount of $20,063.14 plus interest thereon at 8.25%. MERCEDES-BENZ requests its post confirmation plan payment commence immediately upon confirmation to be paid concurrent with the debtor's attorney fees. Furthermore, MERCEDES-BENZ request pre and post confirmation adequate protection payments of $200.00 per month.

4.

Movant does not have and has not been offered adequate protection by Respondents. 11 U.S.C. 1326 (a)(1)(C) requires the Debtor to provide adequate protection directly to a creditor holding an allowed secured claim. The Debtor's plan fails to comply with 1326 (a)(1)(C) and as such MERCEDES-BENZ request that confirmation be denied.

5.

The Plan, as proposed, does not provide to MERCEDES-BENZ the present value of its claim and violates 11 U.S.C. Section 1325.

WHEREFORE, MERCEDES-BENZ prays that confirmation be denied.

LEVINE & BLOCK, LLC

By: /s/ Ronald A. Levine
Ronald A. Levine, Esq.
[GA Bar No. 448736]
ATTORNEYS FOR MERCEDES-BENZ
FINANCIAL SERVICES USA LLC

P.O. Box 422148
Atlanta, Georgia 30342
(404) 231-4567
F:\Autos 2\Mercedes Benz\18-66629\Objection.910.wpd

CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing "Objection to Confirmation" via electronic means as listed on the Court's ECF noticing system or by regular first class mail by depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to insure delivery upon the following:

Nenette Paula Davenport
2261 Capella Circle Sw
Atlanta, Georgia 30331

Howard P. Slomka, Esquire
Slipakoff & Slomka PC
Suite 1700
2859 Paces Ferry Rd SE
Atlanta, GA. 30339

Melissa J. Davey, Esq.
Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303


This 2nd day of November, 2018.


LEVINE & BLOCK, LLC

By: /s/ Ronald A. Levine
Ronald A. Levine, Esq.
[GA Bar No. 448736]
ATTORNEYS FOR MERCEDES-BENZ
FINANCIAL SERVICES USA LLC

P.O. Box 422148
Atlanta, Georgia 30342
(404) 231-4567