**IT IS ORDERED as set forth below:**

**Date: January 16, 2020**



Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 18-66629-LRC |
| ) | |
| NENETTE PAULA DAVENPORT ) | CHAPTER 13 |
| ) | |
| Debtor. ) | |

### CONSENT ORDER ON MOTION TO APPROVE SALE OF REAL PROPERTY

On December 18, 2019, the Debtor filed a Motion to Approve Sale of Real Property (the "Motion") (Docket No. 66) requesting permission from the Court to sell real property located at 2261 Capella Circle SW, Atlanta, GA 30331 (the "Property") for $200,000.00 to Taryn Rice. A hearing on the motion was scheduled for January 14, 2020. At the hearing, Debtor's Counsel and Counsel for the Chapter 13 Trustee appeared and an agreement was reached. Upon the parties' agreements and for good cause shown, it is hereby

**ORDERED** that the Motion is *granted* and sale of the Property as set forth above and in the Motion is *approved* and Debtor may proceed with the sale of the Property. It is

**FURTHER ORDERED** that (i) Debtor is not to pay anything at the closing to facilitate the

sale of the Property; (ii) all proceeds that may be due Debtor, if any, shall be disbursed by the closing attorney to the Chapter 13 Trustee for disbursement to priority, then general unsecured creditors; and (iii) Debtor shall provide the Chapter 13 Trustee a copy of the closing statement within 30 days of the closing on the sale of the Property.

**[END OF DOCUMENT]**

Prepared and submitted by:

_____/s/_____
Howard P. Slomka, Esq.
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
3350 Riverwood Pkwy
Suite 2100
Atlanta, GA 30339

No opposition:

_____/s/_ *Signed with express permission*
Mandy K. Campbell, Esq.
Staff Attorney
Melissa J. Davey, Chapter 13 Trustee
GA Bar No. 142676
260 Peachtree Street, Suite 200
Atlanta, GA 30303

## DISTRIBUTION LIST

Nenette Paula Davenport (via hand delivery)
2261 Capella Circle SW
Atlanta, GA 30331

Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

(See attached matrix for additional creditors)

Label Matrix for local noticing
113E-1
Case 18-66629-lrc
Northern District of Georgia
Atlanta
Thu Jan 16 09:52:42 EST 2020

Alliance Spine and Pain Center
3390 Peachtree Road NE
Suite 1500
Atlanta, GA 30326-2822

Allied Interstate Llc
7525 W Campus Rd
New Albany, OH 43054-1121

Anatole Home Owners Associatio
1585 Old Norcross Road
Suite 101
Lawrenceville, GA 30046-4043

Anatole Homeowners Association, Inc.
c/o Pankey & Horlock, LLC
1441 Dunwoody Village Parkway
Suite 200
Atlanta, GA 30338-4122

Applied Bank
Po Box 17125
Wilmington, DE 19850-7125

Applied Bnk
Po Box 17125
Wilmington, DE 19850-7125

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

CBA of Georgia
64 Sailors Drive
Suite 102
Ellijay, GA 30540-3744

Mandy Kathleen Campbell
Office of Melissa J. Davey
Standing Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303-1236

Cap1/DBarn
PO BOX 30258
Salt Lake City, UT 84130-0258

Capital One
PO Box 71083
Charlotte, NC 28272-1083

City of Atlanta Watershed
55 Trinity Avenue
Suite 5400
Atlanta, GA 30303-3544

Collection Bureau Of A
25954 Eden Landing Rd
Hayward, CA 94545-3837

Credit Management, LP
PO Box 118288
Carrollton, TX 75011-8288

Nenette Paula Davenport
2261 Capella Circle Sw
Atlanta, GA 30331-3864

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303-1236

Delta Community Credit
1025 Virginia Ave
Atlanta, GA 30354-1319

(p)DELTA COMMUNITY CREDIT UNION
PO BOX 20541
ATLANTA GA 30320-2541

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Dsnb Macys
Po Box 8218
Mason, OH 45040-8218

ExpressJet Airlines
444 SOuth River Road
Saint George, UT 84790-2085

Familyfirstcu Fka Ftcu
3604 Atlanta Ave
Hapeville, GA 30354-1958

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Lisa B. Fuerst
Pankey & Horlock, LLC
Suite 200
1441 Dunwoody Village Parkway
Atlanta, GA 30338-4122

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Georgia Audit & Collection Ser
1395 South Marietta Parkway
Bldg 500 Suite 212
Marietta, GA 30067-4440

Gm Financial
Po Box 181145
Arlington, TX 76096-1145

Laura C Horlock
Pankey & Horlock LLC
Suite 200
1441 Dunwoody Village Parkway
Atlanta, GA 30338-4122

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

A. Michelle Hart Ippoliti
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Jh Portfolio Debt Equi
5757 Phantom Dr Ste 225
Hazelwood, MO 63042-2429

Ronald A. Levine
Levine & Block, LLC
P.O. Box 422148
Atlanta, GA 30342-9148

MIDLAND FUNDING LLC
PO BOX 2011
WARREN MI 48090-2011

Taylor S. Mansell
Shapiro Pendergast & Hasty, LLP
Suite 300
211 Perimeter Center Parkway, NE
Atlanta, GA 30346-1305

Mercedes Benz Financia
36455 Corporate Dr
Farmington Hills, MI 48331-3552

Mercedes-Benz Financial Services USA LLC
c/o Bk Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Ciro A. Mestres
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Midland Credit Management
PO Box 60578
Los Angeles, CA 90060-0578

Nelnet Loans
3015 S Parker Rd
Aurora, CO 80014-2904

Nelnet obo College Assist
c/o Education Credit Management Corp
PO Box 16358
St. Paul, MN 55116-0358

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Peachtree Neurological Clinic
550 Peachtree Street NE
Suite 1200
Atlanta, GA 30308-2237

Portfolio Recov Assoc
120 Corporate Blvd Ste 100
Norfolk, VA 23502-4952

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Primary Residential Mo
P.o. Box 593
Salt Lake City, UT 84110-0593

Quantum3 Group LLC as agent for JHPDE Financ
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for MOMA Funding
PO Box 788
Kirkland, WA 98083-0788

Quicken Loans
1050 Woodward Ave
Detroit, MI 48226-1906

Quicken Loans Inc.
635 Woodward Ave.
Detroit, MI 48226-3408

Delaycee Shannon Rowland
Shapiro, Pendergast & Hasty, LLP
Suite 300
211 Perimeter Center Parkway, NE
Atlanta, GA 30346-1305

(p)SCANA AND SUBSIDIARIES
220 OPERATION WAY
MAIL CODE C 222
CAYCE SC 29033-3701

Scana Energy Marketing
3344 Peachtree Rd Ne Ste
Atlanta, GA 30326-4808

Lucretia Lashawn Scruggs
Shapiro Pendergast & Hasty
211 Perimeter Center Parkway, Suite 300
Atlanta, GA 30346-1305

Howard P. Slomka
Slipakoff & Slomka, PC
Suite 2100
3350 Riverwood Parkway
Atlanta, GA 30339-3363

Syncb/care Credit
C/o Po Box 965036
Orlando, FL 32896-0001

Syncb/toysrus
Po Box 965005
Orlando, FL 32896-5005

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony/JC Penney
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

| | | |
|---|---|---|
| Td Bank Usa/targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk Of Amer<br>Po Box 982238<br>El Paso, TX 79998 | Delta Community Credit Union<br>P. O. Box 20541<br>Atlanta, GA 30320-2541 | GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>1800 CENTURY BLVD. NE, SUITE 9100<br>ATLANTA, GEORGIA 30345-3205 |
| (d)Georgia Department of Revenue<br>1800 Century Blvd<br>Suite 17200<br>Atlanta, GA 30345 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | SCANA Energy<br>220 Operation Way<br>Mail Code C222<br>Cayce, SC 29033 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Anatole Homeowners Association, Inc.<br>c/o Pankey & Horlock, LLC<br>1441 Dunwoody Village Parkway, Suite 200<br>Atlanta, GA 30338-4122 | (u)Internal Revenue Service | (d)Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 |
| (u)Quicken Loans Inc. | End of Label Matrix<br>Mailable recipients   62<br>Bypassed recipients    4<br>Total                 66 | |